ACCEPTED
03-14-00816-CR
4415230
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 10:19:00 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00816-CR

| | | |
|---|---|---|
| ARIANA OLIVEIRA | § | IN THE THIRD COURT |
| v. | § | OF APPEALS |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/9/2015 10:19:00 AM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

COMES NOW Ariana Oliveira, Appellant in the above-styled and numbered cause, by and through her undersigned counsel, and respectfully moves this Court to extend the time to file Appellant's brief. In support thereof, and pursuant to TEX. R. APP. PROC. 10.5(b), Appellant would show as follows:

(A) Appellant's Brief is due on March 11, 2015;

(B) Appellant seeks a 30 day extension;

(C) Undersigned counsel has not had adequate time to review the record in this case. Undersigned has been in the process of preparing for a sentencing on March 6, 2015 (*State of Texas vs. Juan Jose Santos*, Cause Number DC-13-900244 in the 403rd District Court of Travis County, Texas). Undersigned counsel anticipates that he will have adequate time to review the transcript, research the law, and write a brief if this Court grants a 30-day extension.

(D) No previous extensions have been requested or granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be GRANTED.

Respectfully submitted,


/s/ Joshua D. Saegert
JOSHUA D. SAEGERT
Law Office of Joshua D. Saegert
609 W. 9th Street
Austin, Texas 78701
Phone: (512) 371-3477
Fax: (512) 236-9287
State Bar No. 90001888
ATTORNEY FOR APPELLANT


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Extend Time to File

Appellant's Brief was mailed to the Travis County Attorney's Office, Appellate Division, 314 W.

11th St., Suite 400, Austin, Texas, 78701, on this the 9th day of March, 2015.


/s/ Joshua D. Saegert
JOSHUA D. SAEGERT